[No. 60978-5-I.  Division One.  September 22, 2008.]

MARK RUBIN, *Petitioner*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-33262-6, Susan Craighead, J., entered December 4, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 61575-1-I.  Division One.  September 22, 2008.]

*In the Matter of the Personal Restraint of* ALLAN PARMELEE, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.

[No. 34492-1-II.  Division Two.  September 23, 2008.]

CHARLOTTE WRIGHT ET AL., *Appellants*, v. JIM TERRELL ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 03-2-03086-8, Roger A. Bennett, J., entered June 17, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Penoyar, A.C.J., and Houghton, J.

[No. 36271-6-II.  Division Two.  September 23, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH EUGENE WRIGHT, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04520-5, Brian M. Tollefson, J., entered May 4, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J.; Armstrong, J., concurring in the result only.